Samuel Brown, Jr., complainant, v. Martha M. Benson et al., defendants.

Virginia M. Benson, intervening petitioner, appellee, v. J. H. Clark Hardware Company, appellant. Gen. No. 26,400.

Order for disposition of rents in the hands of a receiver appointed in a foreclosure suit. Consolidated with Gen. No. 26,399, *ante*, p. 283. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Opinion filed February 14, 1922. Rehearing denied March 1, 1922.

Henry M. Ashton, for appellant. Cannon & Poage, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Samuel Brown, Jr., complainant, v. Martha M. Benson et al., defendants.

Virginia M. Benson, intervening petitioner, appellee, v. Hub Electric Company, appellant. Gen. No. 26,401.

Order for disposition of rents in the hands of a receiver appointed in a foreclosure suit. Consolidated with Gen. No. 26,399, *ante*, p. 283. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922. Rehearing denied March 1, 1922.

Henry M. Ashton, for appellant. Cannon & Poage, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Samuel Brown, Jr., complainant, v. Martha M. Benson et al., defendants.

Virginia M. Benson, intervening petitioner, appellee, v. Murphy Door Bed Company, appellant. Gen. No. 26,402.

Order for disposition of rents in the hands of a receiver appointed in a foreclosure suit. Consolidated with Gen. No. 26,399, *ante*, p. 283. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922. Rehearing denied March 1, 1922.

Henry M. Ashton, for appellant. Cannon & Poage, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Erling Asker, appellee, v. Isaac Gordon, appellant. Gen. No. 26,419.

Action on an oral contract to dispose of real property upon surrender of a written contract for the purchase of same. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Arthur C. Fort, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed February 14, 1922.

Morris Frisch, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Louis Lewison, appellee, v. Israel Wexler and Harry Wexler, trading as American Bag Supply Company, appellants. Gen. No. 26,457.

Action for balance due on merchandise sold and delivered to defendant. Judgment for plaintiff. Appeal from the Municipal